**Order entered June 25, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01148-CR
No. 05-12-01149-CR
No. 05-12-01150-CR

**KENTRAIL RAY MCCUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-51308-L, F12-51309-L, and F12-51310-L**

## ORDER

The State's Motion for Extension of Time to file a brief is **GRANTED.** The State shall

file a brief on or before July 22, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE